UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENEISJE MOSSIAH, and others similarly situated,<br><br>Plaintiff,<br><br>- v -<br><br>MULLIGAN SECURITY LLC,<br><br>Defendant. | **SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>25-cv-4561-JAV |

Subsequent to the filing of its Corporate Disclosure Statement (Dkt. No. 12), Defendant Mulligan Security LLC ("Mulligan"), a non-governmental entity, states that it was acquired by Universal Protection Service, LLC.

Dated: September 12, 2025

**NIXON PEABODY LLP**

By: /s/Michael J. Lingle
    Michael J. Lingle

211 High Point Drive, Suite 110
Victor, NY 14564
Telephone: (585) 263-1000
mlingle@nixonpeabody.com

*Attorneys for Defendant*
*Mulligan Security LLC*

4911-3313-3904.2