UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

LENEISJE MOSSIAH, *and others similarly situated*,  :

                                 :

             Plaintiff,            :

                                 :        25-CV-04561 (JAV)

        -v-                    :

                                 :          ORDER

MULLIGAN SECURITY LLC, et al.,       :

                                 :

             Defendants.          :

                                 :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      By letter filed April 20, 2026, *see* ECF No. 67, the Court has been advised that the parties in this action, brought pursuant to the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. §§ 2101-2109 and the New York State WARN Act ("NY WARN Act"), NY Labor Law § 860 et seq., 12 N.Y.C.R.R. Part 921, have reached a settlement in principle. They request a stay of all pending deadlines, and a schedule for submitting a motion approving of the settlement agreement.

      The pretrial conference scheduled for July 30, 2026, *see* ECF No. 65, along with all pending deadlines in this case, are adjourned *sine die*.

      Any motion seeking approval of the settlement agreement shall be filed by **June 3, 2026.**

      The Clerk of Court is directed to terminate ECF No. 67.

      SO ORDERED.

Dated: April 22, 2026
      New York, New York

                                      JEANNETTE A. VARGAS
                                      United States District Judge